No. 12-7342. PORTILLO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12-7343. PIZZINO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12-7344. JONES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12-7346. SAUNDERS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 12-7366. CHANEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12-7367. SAPONG *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12-7368. RUIZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12-7370. WHITFIELD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12-7371. ZIMMERMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12-7375. TEXIDORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12-7377. RODRIGUEZ-HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12-7378. STEPHEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12-7383. ALLARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12-7384. ARCHIBALD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12-7387. McCoy *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12-7393. VALDES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.